In re: Janice Austin

Bankruptcy Case No: 10 - 31284

Chapter: 13

Debtor

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr P. 1006, I apply for permission to pay the Filing Fee amounting to $ 274 in installments.

2.  I certify that I am unable to pay the Filing Fee except in installments.

3.  I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ 68.50    Check one   ☐ with the filing of the petition, or
                           ☒ on or before August 13, 2010

    $ 68.50    on or before Sept 12, 2010

    $ 68.50    on or before Oct 12, 2018

    $ 68.50    on or before Nov 11, 2010

    FILED
    UNITED STATES BANKRUPTCY COURT
    NORTHERN DISTRICT OF ILLINOIS
    JUL 14 2010
    KENNETH S. GARDNER, CLERK
    PS REP. - SJ

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _Janice Austin_  7/13/2010
Signature of Attorney        Date     Signature of Debtor          Date

_____          _____
Name of Attorney                      Signature of Joint Debtor (if any)   Date

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

**Printed or Typed Name of Bankruptcy Petition Preparer**          **Social Security No.**

**Address**

Names and Social Security numbers of all other individuals who prepared and assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_Janice Austin_  7/13/10
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines and imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

**IT IS ORDERED** that the debtor(s) pay the filing fee in installments on the terms proposed in the foregoing application.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property for services in connection with this case.

FOR THE COURT          KENNETH S. GARDNER
                       Clerk, U.S. Bankruptcy Court

DATE: July 14, 2010          _____
                             Kenneth S. Gardner, Clerk          (3/1/98)
                             United States Bankruptcy Court

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re  Janice Austin,
                 Debtor

Case No. 10-31284

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐ With the filing of the petition, or
                                      ☐ On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: July 15, 2010

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court
_____
_United States Bankruptcy Judge_